IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA )
)
v. ) Case No. 4:17CR-00293
)
DAVID D. SINGLETON )

## MOTION FOR SENTENCE REDUCTION

**NOW COMES**, David D. Singleton, the Defendant in the above styled case, Pro Se, requesting a sentence reduction pursuant to the compassionate release statue, 18 U.S.C. § 3582(C)(1)(A)(i) and appointment of Counsel inorder to further litigate this matter if need be for the reasons set forth below.

### FACTUAL BACKGROUND

The Defendant was indicted in October of 2017 he plead guilty and was sentenced to 70 months of imprisonment on April 19, 2022.

### APPLICABLE LAW

Under the First Step Act of 2018 ("FSA"), inmates are permitted to seek sentence reductions directly from the sentencing court "after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier." 18 U.S.C. § 3582(C)(1)(A)(i).

Absent certain exceptions, a "court may not modify a term of imprisonment once it's been imposed." §3582(C). One of those exceptions is the compassionate release statue. That Statue provides in relevant part as follows:

The Court,...upon motion of the defendant..., may reduce the term of imprisonment... after considering the factors set forth in Section 3553(a)..., if it finds that -(i) extraordinary and compelling reasons warrant such a reduction,... and that such a reduction is consistent with applicable policy statements issued by the Sentencing Commission...18 U.S.C. § 3582(C)(1)(A).

Notably, In November 2023, Amendment 814 to the Sentencing Guidelines revised U.S.S.G. § 1B1.13 to expand the list of extraordinary and compelling circumstances. § 1B1.13 As relevant here, the family circumstances expansion provides that: " incapacitation of the defendant's parent when the defendant would be the only available

caregiver for the parent" may constitute an "extraordinary and compelling reason for release." §1B1.13(b)(3)(c).

All of the Defendant's remedies have been exhausted within the Bureau of Prisons. See. Exhibit A. The Defendant now moves to present the matter supra to this Court.

## ISSUE

Defendant seeks compassionate release under 18 U.S.C. § 3582(C)(1)(A)(i) from the District Courts 70 month sentence. Due to him being the only available caregiver for his incapacitated father. Which is considered an "extraordinary and compelling reason for release." §1B1.13(b)(3)(c).

## ARGUMENT

Mr. Singleton, is aware that his 70 month sentence is considered final by law. However, Mr. Singleton is also aware that a court can modify a term of imprisonment if a defendant presents "extraordinary and compelling reasons" that "warrant such a reduction." § 3582(C)(1)(A)(i). The Defendant has maintained clear conduct and has completed multiple programs such as Core, Plumbing Level One, Threshold, Drug Abuse Education Course, Carpentry Level One: Fundamentals. See Exhibit B. Notably, Mr. Singleton is currently enrolled in the Residential Drug Abuse Program (RDAP).

Even though programing and maintaining clear conduct is expected of all inmates it is still up to an individual to live correctly which is what the Defendant has been doing revealing a strong level of commitment and dedication to abide by rules and regulations. Futhermore, Mr. Singleton still remains focused even after getting news on July 02, 2024 that his father David Clemonts Singleton was diagnosed with numerous diseases which include Type 2 diabetes mellitus, Chronic obstructive lung disease, Chronic kidney disease stage 3A, Cardiac dysrhythmia just to name a few. See Exhibit C for full list of diagnosed diseases.

After receiving this news the Defendant requested compassionate release on July 30, 2024 from the then warden of Butner FCI MED 2. See Exhibit D. Which she denied on August 08, 2024. See Exhibit A. Notably, Mr. Singleton's father had a recent visit to the VA Clinic and medical reports revealed spots of cancer were found revealing that the Defendant's father's health is rapidly failing. See Exhibit E. Mr. Singleton's father requires full time home health care service and due to the cost of home healthcare and the poor quality of care received from cheaper providers the Defendant's father is experiencing poor living conditions. Mr. Singleton has a 41 year old sister that lives in Las Vegas, Nevada and his youngest sister died from COVID-19 in 2021 Mr. Singleton is the oldest of his father's 3 children and other family members are unable to provide the proper care needed leaving Mr. Singleton the only caregiver for

for his incapacitated father warranting relief under § 3582(C)(1)(A)(i).

Notably, as the Court can see the choice to think and live better was made prior to the receiving of the news about his father's health and is not some gimmick to gain relief. Upon release the Defendant will be the sole provider for his father and will be living with him in Cantonment, Flordia. In addition to taking care of his father the relocation to Flordia will be giving Mr. Singleton a fresh start all around the board. After establishing a proper living routine for his father the Defendant plans to further his education in Plumbing and Welding and seek employment in either of those feilds in Flordia because they both lucrative careers.

## CONCLUSION

Mr. Singleton contends that his case presents "extraordinary and compelling reasons" as defined in § 1B1.13(b)(3)(c) warranting a sentence reduction under §3582(C)(1)(A)(i). Notably, Mr. Singleton has served over 60 percent of his 70 month sentence, therefore he asks that this Honorable Court GRANT him immediate release or in the alternative grant a sentence reduction deemed fit by this Court.

Respectfully Submitted on this ___ day of November, 2024.

David D. Singleton, Pro Se.
31662-009
FCI Butner Med 2
P.O. Box 1500
Butner, NC 27509

# Exhibit A



**U.S. Department of Justice**
**Federal Bureau of Prisons**
Federal Correctional Complex
Federal Correctional Institution II
P. O. Box 1500
Butner, North Carolina 27509

August 8, 2024

REPLY TO
ATTN OF:   L. B. Kelly, Warden

SUBJECT:   Reduction In Sentence-Non-medical Circumstances-Care of Sick Parent

TO:   Singleton, David D
   Reg # 31662-009

This is in response to your Inmate Request to Staff, dated July 30, 2024, wherein you seek a Compassionate Release/Reduction in Sentence. Specifically, you claim your 74-year-old father has multiple medical diagnosis and needs home health care.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, <u>Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g)</u>, provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner.

We understand your concern for your father; however, currently you do not meet the criteria outlined within the guidelines for consideration for Compassionate Release/Reduction in Sentence. Therefore, your request is denied at this time.

If you are not satisfied with this response to your request, you may commence an appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.

Exhibit B

# NCCER

## National Center for Construction Education and Research

NCCER's Board of Trustees confers upon

**David Singleton**

the achievement of

**Core**

through NCCER's National Credentialing and Certification Program on the Eleventh day of March, in the year 2024

*Boyd D. Worsham*
CEO and President, NCCER



Exhibit B

# NCCER

## National Center for Construction Education and Research

NCCER's Board of Trustees confers upon

### David Singleton

the achievement of

### Plumbing Level One

through NCCER's National Credentialing and Certification Program on the Eleventh day of March, in the year 2024

_Boyd D. Worsham_
CEO and President, NCCER



Exhibit B

# Certificate of Achievement

awarded to:

*David Singleton*

for the completion of

*Threshold*

The Federal Bureau of Prisons Interfaith Life Skills Reentry Program: 72 Hours of FSA Course Credit
Federal Correction Institution #2 Butner, North Carolina

*Signed:* Chaplain L. Langston

February 6, 2024
Date

EXHIBIT B

# Certificate of Completion

Presented to

**David Singleton #31662-009**

For successfully completing the

**Drug Abuse Education Course**

The Drug Abuse Education Course is a minimum of 12 hours. The goal of this program is to help the offender to make an accurate evaluation of the consequences of his alcohol/drug use and consider the need for treatment.

4/1/2024
Date

M. Briscoe, Drug Abuse Treatment Specialist
FCI-II Butner, NC



# NCCER
## National Center for Construction Education and Research

NCCER's Board of Trustees confers upon

### David Singleton

the achievement of

### Carpentry Level One: Fundamentals

through NCCER's National Credentialing and Certification Program on the Fifteenth day of May, in the year 2024

*Boyd D. Worsham*
*CEO and President, NCCER*

# Exhibit C

Singleton, David Clemonts
DOB: 04/10/1950 (74y)
Visit date: July 02, 2024
Date generated: July 02, 2024 15:36
PENSACOLA VA CLINIC

## Today's Visit

| | |
|---|---|
| **Clinic Visits** | Jul 02, 2024 12:30 - PENSACOLA PRIMARY CARE FACE TO FACE CLINIC DR JACOBS (PEN PACT CHARLIE 5; PENSACOLA, FL 1, CHARLIE) / JACOBS, MICHAEL M |
| **You Were Diagnosed With** | • Anemia<br>• Type 2 diabetes mellitus<br>• Hypertension<br>• Asthma<br>• Chronic obstructive lung disease<br>• Chronic kidney disease stage 3A<br>• Rheumatoid arthritis<br>• Anxiety<br>• Cardiac dysrhythmia<br><br>• Gastroesophageal reflux disease without esophagitis<br>• Subclinical hypothyroidism<br>• Systolic murmur<br>• Hyperlipidemia<br>• Adrenal adenoma<br>• Vitamin B12 deficiency<br>• Gout<br>• Constipation - functional |
| **Vitals as of This Visit** | • Blood Pressure: 153/87 (Jul 2, 24)<br>• Pulse: 81 (Jul 2, 24)<br>• Pulse Oximetry: 100 (Jul 2, 24)<br>• Respirations: 16 (Jul 2, 24)<br>• Pain: 0 (Jul 2, 24) |
| **Medications Ordered for Administration in Clinic** | Medications ordered for administration during your visit to a VA clinic or emergency department.<br><br>**Epoetin Alfa-Epbx Inj, Soln**<br>Give: 10000UNIT/1ML IM QWEEK Indication: FOR ANEMIA |

## My Treatment Plan

| | |
|---|---|
| **New Orders From This Visit** | **Consultations**<br><br>You will be contacted by mail or telephone for the following referrals:<br><br>• PM&RS OUTPT JACC REHAB PHYSICIAN<br><br>**Medications & Supplies**<br><br>Note: This section **only** lists **changes** to your medication regimen. Please see your complete medication list under **My Ongoing Care** below.<br><br>Other<br><br>• MULTIVITAMINS CAP/TAB MULTIVITAMIN CAP/TAB - take one tablet by mouth daily as a folate supplement<br>• MENTHOL/METHYL SALICYLATE CREAM,TOP MENTHOL/M-SALICYLATE 10-15% TOP CREAM - apply moderate amount topically daily for pain relief<br>• LIDOCAINE PATCH 5% - apply 2 patches topically daily as needed for pain. do not wear for more than 12 hours per day |
| **Other Instructions** | None |

# Exhibit D

BP-A148.055 INMATE REQUEST TO STAFF CDFRM
SEP 98
U.S. DEPARTMENT OF JUSTICE                                        FEDERAL BUREAU OF PRISONS

Received 8/6/24 10:40am

| TO: (Name and Title of Staff Member) Warden Kelly | DATE: 7-30-24 |
| FROM: David Singleton | REGISTER NO.: 31662-009 |
| WORK ASSIGNMENT: N/A | UNIT: LD |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Attacthed is my Compassion Releif I am asking you to approve.

Thankyou & God Bless

See Attatched Exibit "A"

(Do not write below this line)

DISPOSITION:

See attached response.

Signature Staff Member
[signature]

Date 9/5/24

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER       SECTION 6

# Exhibit E

## CERTIFICATE OF SERVICE

I, David D. Singleton hereby certify that I have on this November , 2024, filed the required copies of the foregoing motion for a sentence reduction of the defendant in the office of the Clerk of the District Court, via United States Postal Service and sent a notification of such filing to the following District Attorney:

Liza Brown
425 West Capitol Ave., Suite 500
Little Rock, Ar, 72201

Respectfull submitted this    day of November, 2024.

*David Singleton*

David D. Singleton
31662-009
FCI Butner Med 2
P.O. Box 1500
Butner, NC 27509