```
 OKLI1            *        INMATE DISCIPLINE DATA          *      12-04-2024
 PAGE 001 OF 001 *      CHRONOLOGICAL DISCIPLINARY RECORD  *       09:24:12

 REGISTER NO: 31662-009 NAME..: SINGLETON, DAVID D
 FUNCTION...: PRT       FORMAT: CHRONO     LIMIT TO ___ MOS PRIOR TO 12-04-2024

 ------------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 3849352 - SANCTIONED INCIDENT DATE/TIME: 11-04-2023 1023
 UDC HEARING DATE/TIME: 11-07-2023 1458
 FACL/UDC/CHAIRPERSON.: BTF/1 GP/LASSITER
 REPORT REMARKS.......: BASED ON INMATE'S ADMISSION, INCIDENT REPORT IS TRUE ASW
                        RITTEN.
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP COMM    / 30 DAYS / CS
                    FROM: 11-07-2023  THRU: 12-06-2023
         COMP:     LAW:     TO DETER FROM FUTURE INFRACTIONS.
    321  INTERFERING WITH TAKING COUNT - FREQ: 1
         LP COMM    / 30 DAYS / CS
                    FROM: 12-07-2023  THRU: 01-05-2024
         COMP:     LAW:     TO DETER FROM FUTURE INFRACTIONS
 ------------------------------------------------------------------------------
 REPORT NUMBER/STATUS.: 3830464 - SANCTIONED INCIDENT DATE/TIME: 09-23-2023 0710
 DHO HEARING DATE/TIME: 10-12-2023 0834           DHO REPT DEL: 10-26-2023 1400
 FACL/CHAIRPERSON.....: BTF/T. RICE
 REPORT REMARKS.......: I/M ADMITTED TO POSSESSING INTOXICANTS BUT CLAIMED NO WA
                        Y STAFF COULD SEE IT
    113  POSSESSING DRUGS/ALCOHOL - FREQ: 1 ATI: DIC
         DIS GCT    / 41 DAYS / CS
         COMP:010 LAW:P   DISALLOW 41 DAYS GCT
         DS         / 15 DAYS / CS
                    FROM: 10-12-2023  THRU: 10-26-2023
         COMP:     LAW:     15 DAYS D/S
         LP EMAIL   / 6 MONTHS / CS
                    FROM: 10-12-2023  THRU: 04-11-2024
         COMP:     LAW:     6 MTHS LOSS EMAIL




 G0005          TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```