IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                          CASE NO. 4:17-CR-00293-BSM-2

DAVID SINGLETON                                                              DEFENDANT

## ORDER

David Singleton's *pro se* motion for compassionate release [Doc. No. 2909] is denied for two reasons. First early release would neither promote respect for the law, result in a sentence that reflects the seriousness of the offense, provide just punishment, afford adequate deterrence, nor protect the public from further crimes. 18 U.S.C. § 3553(a). This is true because Singleton's criminal history indicates he is a danger to the community. PSR, ¶ 48-56 (participated in an exceptionally large and violent drug trafficking operation despite having prior convictions for drugs, firearms, and violent offenses); 18 U.S.C. § 3142(g); U.S.S.G. § 1B1.13. Second, although Singleton's motion for compassionate release is primarily based on his father's incapacity, Singleton has failed to satisfactorily show this is true or that he is the only family member available to care for his father..

IT IS SO ORDERED this 17th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE