IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

```
UNITED STATES OF AMERICA      )
                              )
v.                            )   No. 4:17-cr-00293-BSM
                              )
DAVID D. SINGLETON            )
```

## MOTION FOR EXTENTION IN TIME

NOW COMES, David D. Singleton, pro se, requesting a 30 day extention in time inorder to properly reply to the Government's response to Defendant's 18 U.S.C. §3582(C)(1)(A) motion. The defendant avers to the following facts in support of his request:

1) Mr.Singleton is currently enrolled in the Residental Drug Abuse Program(RDAP) at FCI Butner Med 2 and is only allowed to access the Law Library after programing hours which are 7:30-10:30AM. However if it's not Mr.Singleton's assigned time to go to the Library by the time programing is over then he's not allowed to access the library on that day which deprives the defendant critical time to research.

2) Mr.Singleton is collecting further evidence that he wants to admitt to help support his claim for warranting a sentence reduction.

THEREFORE, for the reasons stated Supra additional time is needed.

Respectfully submitted on this 16th day of December, 2024.

David D. Singleton
Reg. No. 31662-009
FCI Butner Med 2
PO Box 1500
Butner, NC 27509

CERTIFICATE OF SERVICE

I hereby certify that on December  ,2024, I sent a true and correct copy of the foregoing to the clerk of Court and also to: Liza Jane Brown(Assistant United States Attorney), P.O. Box 1229; Little Rock, Arkansas 72203. Via U.S. First-Class mail. I on this same date did in fact place the foregoing in the hands of prison officials for legal mailing purposes.See Houston v. Lack, 101 L. Ed. 2d 245(1988).

Respectfully submitted on this 16th day of December, 2024.

David D. Singleton
Reg. No. 31662-009
FCI Butner Med 2
PO Box 1500
Butner, NC 27509