IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

V.                CASE NO. 4:17-CR-00293-BSM-2

DAVID D. SINGLETON

## NOTICE OF APPEAL

NOW COMES, The Defendant in the above styled case, Pro Se, filing a Notice of Appeal for Doc.2911-1 which is this Court's DENIEAL of the defendant's 18 U.S.C.§3582(C)(1)(A)(i) motion.

Respectfully submitted this 30th day of December, 2024.

DAVID D. SINGLETON
31662-009
FCI BUTNER MED 2
P.O. BOX 1500
BUTNER, NC 27509

David Singleton #36662-509
FCI BUTNER #2
P.O. Box 1500
Butner, NC, 27509

Legal Mail

Crim BSM

United States District Court
Clerks Office
Richard Sheppand Arnold US Courthouse
600 W. Capital Ave
Suite A-149
Little Rock, AR, 72201-3325