U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOA SUPPLEMENT

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

Date: 1/6/2025

**Caption:** USA v. Singleton

**Case No.:** 4:17-cr-00293-02-BSM

**Appellant:** David D Singleton

**Appellant's Attorney(s):** Pro Se

**Appellees:** USA

**Appellee's Attorney(s):** Liza Brown, Kristin Bryant, Stephanie Mazzanti

**Court Reporter(s):** Suzanne McKennon, Valarie Flora

**Name of Person who prepared appeal:** Forrest Dunn, Deputy Clerk (501-604-5341)

| Length of Trial (# of days) | Fee Paid? Y/N: | IFP Granted? Y/N | Pending IFP Motion Pending? Y/N |
|---|---|---|---|
| n/a | N | Y | N |

| Counsel Retained/Appointed/Pro Se | Pending Motions? Y/N |
|---|---|
| Pro Se | N |

**CRIMINAL CASES ONLY:**

**Is defendant incarcerated?** Y

**Where?** Butner Medium II FCI

**Address of Defendant:** PO Box 1500, Butner, NC 27509

**Please list all other defendants in this case if there were multiple defendants:**
Troy R Loadholt, et al

**Special Comments:** _____