# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 07, 2025

David D. Singleton
FEDERAL CORRECTIONAL INSTITUTION
31662-009
P.O. Box 1500
Butner, NC  27509-0000

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Jan 07, 2025
Tammy H. Downs, Clerk
By: ForrestDunn D.C.
DEP CLERK

RE:  25-1030  United States v. David Singleton

Dear Appellant:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

Your appeal is being referred to the court. No briefing schedule will be established, and no additional pleadings are required from you. Our office will advise you of any action taken in your case.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

Please contact us if you have any questions about the case.

Maureen W. Gornik
Acting Clerk of Court

CMH

Enclosure(s)

cc:   Liza J. Brown
      Clerk, U.S. District Court, Eastern District of Arkansas

District Court/Agency Case Number(s):   4:17-cr-00293-BSM-2

**Caption For Case Number:   25-1030**

United States of America

      Plaintiff - Appellee

v.

David D. Singleton, also known as LA

      Defendant - Appellant

**Addresses For Case Participants:   25-1030**

David D. Singleton
FEDERAL CORRECTIONAL INSTITUTION
31662-009
P.O. Box 1500
Butner, NC  27509-0000

Liza J. Brown
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
425 W. Capitol Avenue
P.O. BOX 1229
Little Rock, AR  72203

Clerk, U.S. District Court, Eastern District of Arkansas
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000