# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-1030

United States of America

Plaintiff - Appellee

v.

David D. Singleton, also known as LA

Defendant - Appellant

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Jan 10, 2025
Tammy H. Downs, Clerk
By: ForrestDunn D.C.
DEP CLERK

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:17-cr-00293-BSM-2)

**JUDGMENT**

Before SMITH, GRUENDER, and STRAS, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

January 10, 2025

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Maureen W. Gornik

# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 10, 2025

David D. Singleton
FEDERAL CORRECTIONAL INSTITUTION
31662-009
P.O. Box 1500
Butner, NC  27509-0000

RE:  25-1030  United States v. David Singleton

Dear David D. Singleton:

Enclosed is a copy of the dispositive order in the referenced appeal. Please note that FRAP 40 of the Federal Rules of Appellate Procedure requires any petition for rehearing to be filed within 14 days after entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. This court strictly enforces the 14 day period. Except as provided by Rule 25(a)(2)(iii) of the Federal Rules of Appellate Procedure, **no grace period for mailing is granted** for pro-se-filed petitions. A petition for rehearing or a motion for an extension of time must be filed with the Clerk's office within the 14 day period.

Maureen W. Gornik
Acting Clerk of Court

MTB

Enclosure(s)

cc:   Liza J. Brown
      Clerk, U.S. District Court, Eastern District of Arkansas

District Court/Agency Case Number(s):   4:17-cr-00293-BSM-2