# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-1030

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Jan 31, 2025
Tammy H. Downs, Clerk
By: ForrestDunn D.C.
                DEP CLERK
```

United States of America

Appellee

v.

David D. Singleton, also known as LA

Appellant

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:17-cr-00293-BSM-2)

---

## MANDATE

In accordance with the judgment of January 10, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 31, 2025

Acting Clerk, U.S. Court of Appeals, Eighth Circuit